UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

    Plaintiffs,

v.

ROSEMARY MARTIN,

    Defendant.
_____/

Case No.: 3:05-cv-00278-MCR-MD

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion For Judgment Upon Default, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Plaintiffs' Motion For Judgment Upon Default is hereby GRANTED.

2.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

3.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Eleven Dollars ($311.00).

4.      Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "More Than I Can Say," on album "Living in a Fantasy," by artist "Leo Sayer" (SR# 22-022);
- "Do That To Me One More Time," on album "Make Your Move," by artist "Captain & Tennille" (SR# 13-591);
- "When A Man Loves A Woman," on album "Time, Love & Tenderness," by artist "Michael Bolton" (SR# 132-494);
- "Stranger On The Shore," on album "Classics In The Key Of G," by artist "Kenny G" (SR# 289-898);
- "Old Time Rock & Roll," on album "Stranger in Town," by artist "Bob Seger" (SR# 5-591);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**ORDERED** this 17th day of October, 2005.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**